# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

————————————

NOVEMBER 2005 GRAND JURY
(Impaneled 11/04/05)

**THE UNITED STATES OF AMERICA**　　　　　　**INDICTMENT**

**v.**

**JOHN HUNT**

**Violations:**
Title 21, United States Code,
Section 841(a)(1); Title 18
United States Code, Sections
922(g)(1) and 924(c)(1).

## COUNT 1

**The Grand Jury Charges that:**

On or about the 11th day of February, 2001, at Niagara Falls, New York, in the Western District of New York, the defendant, **JOHN HUNT,** did knowingly, intentionally and unlawfully possess with intent to distribute 50 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

**The Grand Jury Further Charges that:**


On or about the 11th day of February, 2001, at Niagara Falls, New York, in the Western District of New York, the defendant, **JOHN HUNT,** did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


## COUNT 3

**The Grand Jury Further Charges That:**


On or about the 11th day of February, 2001, at Niagara Falls, New York, in the Western District of New York, the defendant, **JOHN HUNT**, did knowingly and unlawfully possess the following firearms:


a.   One Leinad Model CM-11 9 millimeter semiautomatic rifle bearing serial number 94-0016401;

b.   One Iver Johnson .32 caliber handgun, bearing serial number B28199;

c.   One Browning Arms Buck Mark .22 caliber rifle, bearing serial number 655NV02532;

d.   One Intratec Model AB-10 9 millimeter semiautomatic handgun, bearing serial number A050087; and

e.   One Hi-Point Model C 9 millimeter semiautomatic handgun, bearing serial number P068797;

in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, possession of cocaine and cocaine base, both Schedule II controlled substances, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 4

**The Grand Jury Further Charges That:**

On or about the 11th day of February, 2001, at Niagara Falls, New York, in the Western District of New York, the defendant, JOHN HUNT, having been previously convicted, on or about July 2, 1998 and on or about October 8, 1998, in County Court, Erie County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, the following firearms:

a.   One Leinad Model CM-11 9 millimeter semiautomatic rifle bearing serial number 94-0016401;

b.   One Iver Johnson .32 caliber handgun, bearing serial number B28199;

c.   One Browning Arms Buck Mark .22 caliber rifle, bearing serial number 655NV02532;

d.   One Intratec Model AB-10 9 millimeter semiautomatic handgun, bearing serial number A050087; and

-4-

      e.    One Hi-Point Model C 9 millimeter semiautomatic handgun, bearing serial number P068797;

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

      DATED:  Buffalo, New York, February 7, 2006.


                  KATHLEEN M. MEHLTRETTER
                  Acting United States Attorney


           BY:  **S/JOSEPH J. KARASZEWSKI**
                  JOSEPH J. KARASZEWSKI
                  Assistant United States Attorney
                  United States Attorney's Office
                  Western District of New York
                  138 Delaware Avenue
                  Buffalo, New York  14202
                  716/843-5837
                  Joseph.J.Karaszewski@usdoj.gov


A TRUE BILL:


**S/FOREPERSON**
FOREPERSON